UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 2:11-cr-00009-JMS-CMM |
| | ) |
| SAMUEL MORAN (11), | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig McKee's Report and Recommendation dkt [973] recommending that Samuel Moran's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge McKee's Report and Recommendation dkt [973]. The Court finds that Mr. Moran committed Violation Numbers 1, 2 and 3 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [956]. The Court dismisses Violations 4 and 5, dkt [960]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Moran is sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months with no supervised release to follow. The Court recommends BOP placement in Indiana, Illinois, or Michigan. The Court further recommends Mr. Moran not be assigned to a facility at FCC Terre Haute.

Date: 9/10/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal